PARRIS v. STATE. (No. 4457.)

(Court of Criminal Appeals of Texas. May 2, 1917.)

CRIMINAL LAW ⬅1090(7)—APPEAL—BILL OF EXCEPTIONS.

Where bill of exceptions was not reserved to the trial court's refusal to grant motion for continuance, the ruling cannot be considered on appeal.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 3204.]

Appeal from Harris County Court, at Law; Murray B. Jones, Judge.

J. P. Parris was convicted of swindling, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of swindling, and his punishment assessed at 30 days in jail in addition to a fine of $25.

The record is before us without a statement of facts or bill of exceptions. There is nothing in the motion for a new trial that can be considered in the absence of evidence. There is a motion for a continuance in the record, but a bill of exceptions was not reserved to the court's refusal to grant it. Therefore it cannot be considered.

The judgment is affirmed.